# Exhibit 1

Confederated Tribes and Bands  
of the Yakama Nation

Established by the  
Treaty of June 9, 1855

November 1, 2016

Honorable Barack H. Obama  
President of the United States  
1600 Pennsylvania Avenue NW  
The White House  
Washington, D.C. 20500

Registered Agent of Potentially Responsible Party  
Portland Harbor/Multnomah Channel  
Lower Willamette River/Lower Columbia River  
(See Attached List of Notice Recipients)

RE: **60 Day Notice of Intent: CERCLA Natural Resource Damages - Portland Harbor, Multnomah Channel and Lower Willamette and Columbia Rivers**

Dear President Obama and PRP Registered Agent:

The Confederated Tribes and Bands of the Yakama Nation ("Yakama Nation"), a federally recognized Indian Tribe under the Treaty of June 9, 1855 (12 Stat. 951), has identified the recipient of this notice as a potentially responsible party ("PRP") liable to the Yakama Nation under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9607(a), for damages resulting from the injury, loss or destruction of natural resources with respect to Portland Harbor, a facility listed on the National Priorities List and located in the State of Oregon, and also to the Multnomah Channel and Lower Willamette and Columbia Rivers, facilities where hazardous substances released at Portland Harbor have come to be located.

By this letter, you are hereby notified pursuant to 42 U.S.C. § 9613(g)(1)(B) that the Yakama Nation intends to seek recovery of such natural resource damages regarding Portland Harbor, the Multnomah Channel and Lower Willamette and Columbia Rivers from the PRP recipient of this notice in the U.S. District Court for the District of Oregon. You are also notified that the Yakama Nation intends to seek a declaratory judgment on PRP liability for both natural resource injury assessment costs and Portland Harbor response costs in the same action.

Copies of this notice have been forwarded to the other tribal, state and federal natural resource trustees. By this letter, you are also invited to contact the Yakama Nation to initiate settlement discussions for this matter. For this purpose, or for any questions you may have, please contact Tom Zeilman at (509) 575-1500 or Dave Askman at (720) 855-1533.

Sincerely,

JoDe Goudy  
Chairman  
Yakama Tribal Council

Attachment

cc:   Honorable Austin Greene, Jr., Chairman, Confederated Tribes of the Warm Springs Reservation
Honorable Gary Burke, Chairman, Confederated Tribes of the Umatilla Indian Reservation
Honorable Mary Jane Miles, Chairman, Nez Perce Tribe
Honorable Kate Brown, Governor, State of Oregon
Honorable Sally Jewell, United States Secretary of the Interior
Honorable Penny Pritzker, United States Secretary of Commerce
Honorable Gina McCarthy, United States EPA Administrator

LIST OF PRP RECIPIENTS OF 60 DAY NOTICE
PORTLAND HARBOR/MULTNOMAH CHANNEL/
LOWER WILLAMETTE RIVER/LOWER COLUMBIA RIVER

ACF Industries, LLC
Air Liquide America Corp.
Arkema, Inc.
Ash Grove Cement Co.
Ashland, Inc.
Atlantic Richfield Co. (BP West Coast)
BAE Systems
Bayer Cropscience LP
Beazer East, Inc/Beazer Materials & Svc
Burlington Northern Railroad
Calbag Metals Co.
Cargill, Inc.
Chevron Texaco Corp.
Christenson Oil (HAJ, Inc.)
City of Portland
Eastman Chemical Co.
ESCO Corp.
ExxonMobil Refining & Supply Co.
FMC Corp.
Goldendale Aluminum
Gould Electronics, Inc.
Gunderson, LLC
Hercules, Inc.
Kaiser Ventures LLC/KSC Recovery, Inc.
Kinder Morgan Bulk Terminals, Inc.
Kinder Morgan GP, Inc.
Koppers Industries, Inc.

Mar Com Marine
Mar Com Holdings LLC
McCall Oil & Chemical Corp.
McCall Oil Real Estate Co.
Metro Regional Government
Monsanto Co.
Morec Front, LLC
NW Natural
Northwest Pipe Co.
Oregon Steel Mills, Inc. (Evraz)
PacifiCorp
Pharmacia Corp.
Port of Portland
Portland General Electric
Portland Terminal Railroad Co.
Schnitzer Investment Corp.
Schnitzer Steel Industries, Inc.
Shell Oil Co.
Shore Terminals, LLC
State of Oregon
Sulzer Pumps (US), Inc.
Time Oil Co.
Union Pacific Railroad
United States of America
Unocal Corp.
Wacker Siltronic
Westinghouse Electric Corp./CBS Corp.