J.W. Ring, OSB No. 854309
jwring@ringbenderlaw.com - 503-964-6723
Christine L. Hein, OSB No. 071836
chein@ringbenderlaw.com – 503-964-6726
Ring Bender LLP
621 SW Morrison St., Suite 600
Portland, OR 97205
Fax: 503-345-6616

*Attorneys for Defendant,*
AIRGAS USA, LLC, SUCCESSOR BY MERGER
TOAIR LIQUIDE AMERICA SPECIALTY GASES LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION,**<br><br>          Plaintiff,<br>     v.<br><br>**AIR LIQUIDE AMERICA CORP.**, a Delaware corporation; **ARKEMA INC.**, a Pennsylvania corporation; **BAYER CROPSCIENCE L.P.,** a Delaware limited partnership; **BP WEST COAST PRODUCTS LLC**, a Delaware limited liability company; **BURLINGTON NORTHERN AND SANTA FE RAILWAY**, a Delaware corporation; **CALBAG METALS CO.**, an Oregon corporation; **CITY OF PORTLAND**, an Oregon municipal corporation; **EASTMAN CHEMICAL CO.**, a Delaware corporation; **EVRAZ, INC. NA**, a Delaware corporation; **EXXONMOBIL CORP.**, a New York corporation; **FMC CORP.**, a Delaware corporation; **GA-TEK, INC./GOULD ELECTRONICS, INC.**, a Delaware corporation; **GUNDERSON** | Case No.: 3:17-cv-00164-SB<br><br>**CERTAIN DEFENDANTS' OPPOSITION TO NW NATURAL'S NOTICE OF RELATED CASE** |

**CERTAIN DEFENDANTS'** - 1
**OPPOSITION TO NWN'S**
**NOTICE OF RELATEDCASE**

| |
|---|
| **LLC**, an Oregon limited liability company; **KINDER MORGAN BULK TERMINALS, INC.**, a Louisiana corporation; **KINDER MORGAN GP, INC.**, a Delaware corporation; **KOPPERS INDUSTRIES, INC.**, a Pennsylvania corporation; **MCCALL OIL REAL ESTATE CO. LLC**, a Washington corporation; **MMGL CORP.**, a Washington corporation; **MOREC FRONT LLC**, an Oregon liability company; **NORTHWEST NATURAL GAS,** an Oregon corporation; **NUSTAR ENERGY L.P.**, a Delaware limited partnership; **PORT OF PORTLAND**, an Oregon port district; **SCHNITZER STEEL INDUSTRIES, INC.**, an Oregon corporation; **SILTRONIC CORP.**, a Delaware corporation; **STATE OF OREGON; SULZER PUMP SERVICES (US) INC.**, a Delaware corporation; **UNION PACIFIC RAILROAD CO.**, a Delaware corporation; **UNITED STATES OF AMERICA**, |
| Defendants. |

For the reasons outlined in Defendant Evraz's Opposition to Defendant United States' Notice of Related Case Pursuant to LR 42-2 (ECF. No. 144), we oppose any designation of this case (hereinafter referred to as the *Yakama* litigation) as related to *Arkema, Inc., et al. v. Anderson Roofing Co. Inc., et al.*, Case No. 3:09-cv-00453-PK (D. Or.). By contemplating the coordination of discovery in the two matters, Defendant Northwest Natural Gas ("NW Natural") appears to go farther, and presents the ultimate consolidation of these cases as inevitable, however any consolidation would be contrary to the interests of the parties in both cases. While the designation of these cases as related does not necessarily mandate a transfer or consolidation,

**CERTAIN DEFENDANTS'** - 2
**OPPOSITION TO NWN'S**
**NOTICE OF RELATEDCASE**

*Ring Bender LLP*
*621 SW Morrison St., Suite 600*
*Portland, OR  97205*
*(503) 964-6730*

the reassignment of judges or consolidation with the *Arkema* case that NW Natural suggests is not appropriate for this case. Consolidation or reassignment of judges would serve only to delay the *Yakama* case and place unnecessary burdens on the other parties, which at least one appellate court has recognized as reasons to not consolidate otherwise generally related cases. *In re Repetitive Stress Injury Litig.*, 11 F.3d 368, 373 (2d Cir.1993).

NW Natural contends that the *Arkema* and *Yakama* cases would benefit from proceeding in parallel discovery, but this ignores the fundamental differences of the two cases. The *Arkema* litigation is under a stay that disallows discovery until January 2018 at the earliest, although the ADR process could take considerably longer to complete. Order of Stay at 2, *Arkema, Inc. v. A&C Foundry Products, Inc.*, No. 3:09-cv-00453-PK (D. Or. May 18, 2010), ECF No. 337 (staying proceedings until one year after the issuance of a Final Record of Decision by EPA). There is no reason at this time to similarly delay the *Yakama* case, where at least some of the parties has expressed a clear interest in moving the case forward without such a delay. The stay in the *Arkema* case means that consolidation with the *Yakama* case would disrupt the appropriate pacing of both cases. The discovery efficiencies that prompt judicial reassignment or case consolidation are missing here.

There is also no reason to burden the myriad parties in the *Arkema* case with discovery or pretrial proceedings of the *Yakama* case. Such a move would be an enormous and unnecessary burden on those parties in the *Arkema* case who are not named in the *Yakama* case. The *Yakama* case, on its face, is a complicated matter. There is no benefit to making the case even more complicated by disrupting its normal timeline and adding dozens of unnamed and unnecessary parties. The *Yakama* case is no more related to the *Arkema* case than any of the number of

**CERTAIN DEFENDANTS'** - 3
**OPPOSITION TO NWN'S**
**NOTICE OF RELATEDCASE**

*Ring Bender LLP*
*621 SW Morrison St., Suite 600*
*Portland, OR 97205*
*(503) 964-6730*

insurance coverage cases regarding the Portland Harbor Superfund Site proceeding in this District.

Even if the Court considers this case related to the *Arkema* case, the only appropriate future action is coordination with the *Arkema* court if the ADR process is completed or the stay is lifted. Should circumstances far in the future shift the course of the *Arkema* litigation, the Court will be fully able to coordinate any relevant procedures at that time. The undersigned parties request that all parties have a full opportunity to respond before any reassignment of judges or consolidation occurs and that the Court decline to take any such action *sua sponte*.

**DATED** this 17th day of May, 2017.

RING BENDER LLP

By: s/ J.W. Ring_____
J.W. Ring, OSB No. 854309
Christine L. Hein, OSB No. 071836
*Attorneys for Defendant, Airgas USA, LLC,*
*Successor By Merger To Air Liquide America Specialty*
*Gases LLC*.

BEVERIDGE & DIAMOND

By: s/ Loren R. Dunn_____
Loren R. Dunn, OSB No. 06035
*Attorney for Defendant Evraz Inc. NA*

NORTON ROSE FULBRIGHT US LLP

By: s/ Elizabeth M. Weaver \_\_\_\_\_
Elizabeth M. Weaver (Admitted *Pro Hac Vice*)
*Attorney for Defendant ExxonMobil Corporation*

**CERTAIN DEFENDANTS'** - 4
**OPPOSITION TO NWN'S**
**NOTICE OF RELATEDCASE**

*Ring Bender LLP*
*621 SW Morrison St., Suite 600*
*Portland, OR 97205*
*(503) 964-6730*

        LINDSAY HART LLP

        By: s/ Jay W. Beattie\_\_\_\_
        Jay W. Beattie, OSB. No. 871631
        *Attorney for Defendant ExxonMobil Corporation*

**CERTAIN DEFENDANTS'** - 5
**OPPOSITION TO NWN'S**
**NOTICE OF RELATEDCASE**

*Ring Bender LLP*
*621 SW Morrison St., Suite 600*
*Portland, OR  97205*
*(503) 964-6730*

# CERIFICATE OF SERVICE

I hereby certify that on May 17, 2017**,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record listed below.

| | |
|---|---|
| David F. Askman<br>The Askman Law Firm LLC<br>2533 32nd Avenue<br>Denver, CO 80211<br>720-855-1533<br>Email: dave@askmanlaw.com<br><br>*Attorney for Plaintiff Confederated Tribes and Bands of the Yakama Nation* | ☒  Via CM/ECF |
| Michael M. Frandina<br>The Askman Law Firm<br>1543 Champa Street<br>Suite 400<br>Denver, CO 80202<br>720-407-4331<br>Fax: 303-571-1001<br>Email: michael@askmanlaw.com<br><br>*Attorney  for Plaintiff Confederated Tribes and Bands of the Yakama Nation* | ☒  Via CM/ECF |
| Thomas Zeilman<br>Law Offices of Thomas Zeilman<br>32 N. 3rd St.<br>Suite 310<br>P.O. Box 34<br>Yakima, WA 98907<br>509-575-1500<br>Fax: 509-575-1227<br>Email: tzeilman@qwestoffice.net<br><br>*Attorney for Plaintiff Confederated Tribes and Bands of the Yakama Nation* | ☒  Via CM/ECF |
| Matthew J. Stock<br>Joyce Ziker Parkinson, PLLC<br>1601 Fifth Avenue | ☒  Via CM/ECF |

**CERTIFICATE OF SERVICE**- 1

*Ring Bender LLP*
*621 SW Morrison St., Suite 600*
*Portland, OR  97205*
*(503) 964-6730*

| | |
|---|---|
| Suite 2040<br>Seattle, WA 98101<br>206-957-5955<br>Fax: 206-957-5961<br>Email: mstock@jzplaw.com<br><br>*Attorney for Defendant Arkema Inc.* | |
| G. Kevin Kiely<br>Cable Huston LLP<br>1001 SW Fifth Avenue<br>Suite 2000<br>Portland, OR 97204<br>(503) 224-3092<br>Fax: (503) 224-3176<br>Email: gkkiely@cablehuston.com<br><br>*Attorney for Defendant Bayer CropScience Inc.* | ☒ Via CM/ECF |
| James E. Benedict<br>Cable Huston LLP<br>1001 SW Fifth Avenue<br>Suite 2000<br>Portland, OR 97204<br>(503) 224-3092<br>Fax: (503) 224-3176<br>Email: jbenedict@cablehuston.com<br><br>*Attorney for Defendant Bayer CropScience Inc.* | ☒ Via CM/ECF |
| Douglas C. Berry<br>Miller Nash Graham & Dunn LLP (Seattle)<br>Pier 70<br>2801 Alaskan Way<br>Suite 300<br>Seattle, WA 98121<br>206-340-9626<br>Fax: 206-340-9599<br>Email: dberry@grahamdunn.com<br><br>*Attorney for Defendant BP West Coast Products LLC* | ☒ Via CM/ECF |
| Nicole M. McLaughlin<br>Miller Nash Graham & Dunn LLP<br>100 Oceangate<br>Suite 300<br>Long Beach, CA 90802 | ☒ Via CM/ECF |

**CERTIFICATE OF SERVICE** - 2

*Ring Bender LLP*
*621 SW Morrison St., Suite 600*
*Portland, OR  97205*
*(503) 964-6730*

| | |
|---|---|
| 562-435-8002<br>Fax: 562-435-7967<br>Email: nicole.mclaughlin@millernash.com<br><br>*Attorney for Defendant BP West Coast Products LLC* | |
| Phillip Allan Trajan Perez<br>00 Oceangate<br>Suite 300<br>Long Beach, CA 90802<br>562-435-8002<br>Fax: 562-435-7967<br>Email: trajan.perez@millernash.com<br><br>*Attorney for Defendant BP West Coast Products LLC* | ☒  Via CM/ECF |
| Stephen H. Goodman<br>Miller Nash Graham & Dunn LLP (Seattle)<br>Pier 70<br>2801 Alaskan Way<br>Suite 300<br>Seattle, WA 98121<br>425-941-6668<br>Fax: (206) 340-9599<br>Email: stephen.goodman@millernash.com<br><br>*Attorney for Defendant BP West Coast Products LLC* | ☒  Via CM/ECF |
| Jay Kevin Griffith<br>Kell, Alterman & Runstein, L.L.P.<br>520 SW Yamhill Street<br>Suite 600<br>Portland, OR 97204<br>(503) 222-3531<br>Fax: (503) 227-2980<br>Email: jgriffith@kelrun.com<br><br>*Attorney for Defendant BNSF Railway Company* | ☒  Via CM/ECF |
| John P. Ashworth<br>Kell, Alterman & Runstein, L.L.P.<br>520 SW Yamhill<br>Suite 600<br>Portland, OR 97204 | ☒  Via CM/ECF |

**CERTIFICATE OF SERVICE**- 3

*Ring Bender LLP*
*621 SW Morrison St., Suite 600*
*Portland, OR  97205*
*(503) 964-6730*

| | |
|---|---|
| (503) 222-3531<br>Fax: (503) 227-2980<br>Email: jashworth@kelrun.com<br><br>*Attorney for Defendant BNSF Railway Company* | |
| Jennifer L. Gates<br>Pearl Legal Group PC<br>529 SW Third Avenue<br>Suite 1600<br>Portland, OR 97204<br>(503) 688-1200<br>Fax: (503) 445-1270<br>Email: jgates@pearllegalgroup.com<br><br>*Attorney for Defendants Calbag Metals Co., Northwest Natural Gas* and *TOC Holdings Co.* | ☒  Via CM/ECF |
| Karen Locha Moynahan<br>Portland City Attorney's Office<br>1221 SW 4th Avenue<br>Room 430<br>Portland, OR 97204<br>503-823-4047<br>Fax: 503-823-3089<br>Email: karen.moynahan@portlandoregon.gov<br><br> *Attorney for Defendant City of Portland* | ☒  Via CM/ECF |
| Jan L. Betz<br>Office of City Attorney<br>1220 SW Fourth Avenue<br>Room 430<br>Portland, OR 97210<br>503-823-4047<br>Fax: 503-823-3089<br>Email: jan.betz@portlandoregon.gov<br><br>*Attorney for Defendant City of Portland* | ☒  Via CM/ECF |
| Clark J. Davis<br>Davis Law Office PLLC<br>7525 Pioneer Way<br>Suite 101<br>Gig Harbor, WA 98335<br>253-858-9422<br>Email: cdavis@cjd-law.com | ☒  Via CM/ECF |

**CERTIFICATE OF SERVICE**- 4

*Ring Bender LLP*
*621 SW Morrison St., Suite 600*
*Portland, OR  97205*
*(503) 964-6730*

Case 3:17-cv-00164-JR    Document 152    Filed 05/17/17    Page 10 of 18

| | |
|---|---|
| *Attorney for Defendant Eastman Chemical Co.* | |
| Loren R. Dunn<br>Riddell Williams<br>1001 Fourth Avenue<br>Suite 4500<br>Seattle, WA 98154<br>(206) 624-3600<br>Fax: (206) 389-1708<br>Email: ldunn@riddellwilliams.com<br><br>*Attorney for Defendant Evraz Inc. NA* | ☒  Via CM/ECF |
| Elizabeth M. Weaver<br>Norton Rose Fulbright US LLP<br>555 S. Flower St.<br>41st Floor<br>Los Angeles, CA 90071<br>213-892-9290<br>Fax: 213-892-9494<br>Email: elizabeth.weaver@nortonrosefulbright.com<br><br>*Attorney for Defendant ExxonMobil Corp.* | ☒  Via CM/ECF |
| H. Joseph Drapalski , III<br>Norton Rose Fulbright US LLP<br>555 S. Flower St.<br>41st Floor<br>Los Angeles, CA 90071<br>213-892-9282<br>Email: joseph.drapalski@nortonrosefulbright.com<br><br>*Attorney for Defendant ExxonMobil Corp.* | ☒  Via CM/ECF |
| Jay W. Beattie<br>Lindsay Hart LLP<br>1300 SW Fifth Avenue<br>Suite 3400<br>Portland, OR 97201<br>503-226-7677<br>Fax: 503-226-7697<br>Email: jbeattie@lindsayhart.com<br><br>*Attorney for Defendant ExxonMobil Corp.* | ☒  Via CM/ECF |
| Maureen L. Mitchell | ☒  Via CM/ECF |

**CERTIFICATE OF SERVICE**- 5

*Ring Bender LLP*
*621 SW Morrison St., Suite 600*
*Portland, OR  97205*
*(503) 964-6730*

| | |
|---|---|
| Summit Law Group PLLC<br>315 Fifth Avenue S.<br>Suite 1000<br>Seattle, WA 98104<br>206-676-7000<br>Fax: 206-676-7001<br>Email: maureenm@summitlaw.com<br><br>*Attorney for Defendant FMC Corp.* | |
| Ralph H. Palumbo<br>Yarmuth Wilsdon PLLC<br>1420 Fifth Avenue<br>Suite 1400<br>Seattle, WA 98104<br>206-516-3800<br>Fax: 206-516-3888<br>Email: rpalumbo@yarmuth.com<br><br>*Attorney for Defendant FMC Corp.* | ☒ Via CM/ECF |
| David M. Heineck<br>Summit Law Group PLLC<br>315 5th Avenue S.<br>Suite 1000<br>Seattle, WA 98104<br>206-676-7000<br>Fax: 206-676-7001<br>Email: davidh@summitlaw.com<br><br>*Attorney for Defendant FMC Corp.* | ☒ Via CM/ECF |
| David L. Blount<br>Landye Bennett Blumstein, LLP<br>3500 Wells Fargo Center<br>1300 SW Fifth Avenue<br>Suite 3500<br>Portland, OR 97201<br>(503) 224-4100<br>Fax: (503) 224-4133<br>Email: dblount@landye-bennett.com<br><br>*Attorney for Defendant Ga-Tek, Inc./Gould Electronics, Inc.* | ☒ Via CM/ECF |
| Thane W. Tienson<br>Landye Bennett Blumstein, LLP<br>3500 Wells Fargo Center | ☒ Via CM/ECF |

**CERTIFICATE OF SERVICE**- 6

| | |
|---|---|
| 1300 SW Fifth Avenue<br>Suite 3500<br>Portland, OR 97201<br>(503) 224-4100<br>Fax: (503) 224-4133<br>Email: ttienson@landye-bennett.com<br><br>*Attorney for Defendant Ga-Tek, Inc./Gould Electronics, Inc.* | |
| Jeanette C. Schuster<br>Tonkon Torp LLP<br>1600 Pioneer Tower<br>888 SW Fifth Avenue<br>Suite 1600<br>Portland, OR 97204-2099<br>503 221-1440<br>Fax: 503 972-3814<br>Email: jeanette.schuster@tonkon.com<br><br>*Attorney for Defendant Gunderson LLC* | ☒ Via CM/ECF |
| Mark W. Schneider<br>Perkins Coie, LLP (Seattle)<br>1201 Third Avenue<br>Suite 4800<br>Seattle, WA 98101-3099<br>206-359-8000<br>Fax: 206-359-9627<br>Email: mwschneider@perkinscoie.com<br><br>*Attorney for Defendants Kinder Morgan Operating, L.P. "C"* and *Kinder Morgan Liquids Terminals, LLC.* | ☒ Via CM/ECF |
| Teresa G. Jacobs<br>Perkins Coie, LLP<br>1120 NW Couch Street<br>10th Floor<br>Portland, OR 97209-4128<br>503-727-2181<br>Fax: 503-346-2181<br>Email: TJacobs@perkinscoie.com<br><br>*Attorney for Defendants Kinder Morgan Operating, L.P. "C"* and *Kinder Morgan Liquids Terminals, LLC* | ☒ Via CM/ECF |

**CERTIFICATE OF SERVICE**- 7

*Ring Bender LLP*
*621 SW Morrison St., Suite 600*
*Portland, OR  97205*
*(503) 964-6730*

| | |
|---|---|
| Suzanne C. Lacampagne<br>Miller Nash Graham & Dunn LLP<br>111 SW Fifth Avenue<br>Suite 3400<br>Portland, OR 97204<br>(503) 205-2448<br>Fax: (503) 224-0155<br>Email: suzanne.lacampagne@millernash.com<br><br>*Attorney for Defendants McCall Oil Real Estate Co., LLC* and *Morec Front LLC* | ☒  Via CM/ECF |
| Alan S. Miller<br>Picadio Sneath Miller & Norton, P.C.<br>444 Liberty Avenue<br>Suite 1105<br>Pittsburgh, PA 15222<br>412-288-4000<br>Fax: 412-288-2405<br>Email: amiller@psmn.com<br><br>*Attorney for Defendant Koppers Industries Inc.* | ☒  Via CM/ECF |
| Gregory L. Baird<br>Gordon & Polscer, LLC<br>9755 SW Barnes Road<br>Suite 650<br>Portland, OR 97225<br>503-242-2922<br>Fax: 503-242-1264<br>Email: gbaird@gordon-polscer.com<br><br>*Attorney for Defendant Koppers Industries Inc.* | ☒  Via CM/ECF |
| Stephen E. Archer<br>Gordon & Polscer, LLC<br>9755 SW Barnes Road<br>Suite 650<br>Portland, OR 97225<br>503-242-2922<br>Email: sarcher@gordon-polscer.com<br><br>*Attorney for Defendant Koppers Industries Inc* | ☒  Via CM/ECF |
| C. Marie Eckert<br>Miller Nash Graham & Dunn LLP<br>111 SW Fifth Avenue<br>Suite 3400 | ☒  Via CM/ECF |

**CERTIFICATE OF SERVICE**- 8

*Ring Bender LLP*
*621 SW Morrison St., Suite 600*
*Portland, OR  97205*
*(503) 964-6730*

| | |
|---|---|
| Portland, OR 97204<br>(503) 205-2477<br>Fax: (503) 224-0155<br>Email: marie.eckert@millernash.com<br><br>*Attorney for Defendants McCall Oil Real Estate Co., LLC* and *Morec Front LLC* | |
| Denise G. Fellers<br>Morgan Lewis & Bockius<br>300 S. Grand Avenue<br>22nd Floor<br>Los Angeles, CA 90071<br>213-680-6427<br>Fax: 213-612-2501<br>Email: denise.fellers@morganlewis.com<br><br>*Attorney for Defendants MMGL Corp.* and *Schnitzer Steel Industries, Inc.* | ☒  Via CM/ECF |
| Greg A. Christianson<br>Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>415-442-1249<br>Fax: 415-442-1001<br>Email: greg.christianson@morganlewis.com<br><br>*Attorney for Defendants MMGL Corp.* and *Schnitzer Steel Industries, Inc.* | ☒  Via CM/ECF |
| Thomas A. Ped<br>Williams Kastner Greene & Markley<br>1515 SW Fifth Avenue<br>Suite 600<br>Portland, OR 97201<br>503-944-6988<br>Fax: 503-222-7261<br>Email: tped@williamskastner.com<br><br>*Attorney for Defendants MMGL Corp.* and *Schnitzer Steel Industries, Inc.* | ☒  Via CM/ECF |
| Patricia M. Dost<br>Pearl Legal Group, PC<br>529 SW Third Avenue<br>Suite 600<br>Portland, OR 97204 | ☒  Via CM/ECF |

**CERTIFICATE OF SERVICE**- 9

| | |
|---|---|
| (503) 467-4675<br>Fax: (503) 445-1270<br>Email: pdost@pearllegalgroup.com<br><br>*Attorney for Defendants Northwest Natural Gas* and *TOC Holdings Co.* | |
| Michael B. Merchant<br>Black Helterline, LLP<br>1900 Fox Tower<br>805 SW Broadway<br>Portland, OR 97205-3359<br>503-224-5560<br>Fax: 503-224-6148<br>Email: mbm@bhlaw.com<br><br>*Attorney for Defendant Northwest Pipe Co.* | ☒ Via CM/ECF |
| Gregory A. Jacoby<br>McGavick Graves, P.S.<br>1102 Broadway, Suite 500<br>Tacoma, WA 98402<br>253-627-1181<br>Fax: 253-627-2247<br>Email: gaj@mcgavick.com<br><br>*Attorney for Defendant Shore Terminals, LLC.* | ☒ Via CM/ECF |
| Michael P. Dillinger<br>Nustar Services Company LLC<br>19003 1H-10 West<br>San Antonio, TX 79257<br>210-918-7191<br>Fax: 210-918-7191<br><br>*Attorney for Defendant Shore Terminals, LLC..* | ☒ Via CM/ECF |
| Bert P. Krages, II<br>Bert P. Krages II, Attorney at Law<br>6665 SW Hampton Street<br>Suite 200<br>Portland, OR 97223<br>503-597-2525<br>Fax:  503-597-2549<br>Email: bert@krages.com<br><br>*Attorney for Defendant Shore Terminals, LLC.* | ☒ Via CM/ECF |
| Beverly C. Pearman | ☒ Via CM/ECF |

| | |
|---|---|
| Port of Portland<br>POB 3529<br>Portland, OR 97208<br>503-415-6168<br>Fax: 503-548-5673<br>Email: beverly.pearman@portofportland.com<br><br>*Attorney for Defendant Port of Portland* | |
| Danielle J. Hunsaker<br>Larkins Vacura LLP<br>121 SW Morrison Street<br>Suite 700<br>Portland, OR 97204<br>(503) 222-4424<br>Fax: (503) 827-7600<br>Email: dhunsaker@larkinsvacura.com<br><br>*Attorney for Defendant Port of Portland* | ☒  Via CM/ECF |
| John J. Dunbar<br>Larkins Vacura LLP<br>121 SW Morrison St<br>Suite 700<br>Portland, OR 97204<br>503-222-4424<br>Email: jdunbar@larkinsvacura.com<br><br>*Attorney for Defendant Port of Portland* | ☒  Via CM/ECF |
| David A. Rabbino<br>Jordan Ramis PC<br>2 Centerpointe Dr., 6th Floor<br>Lake Oswego, OR 97035<br>503-598-7070<br>Fax: 503-598-7373<br>Email: david.rabbino@jordanramis.com<br><br>*Attorney for Defendant Siltronic Corp.* | ☒  Via CM/ECF |
| Cynthia S. Betz<br>McCarter & English, LLP<br>4 Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>973-848-5377<br>Fax: 973-624-7070<br>Email: cbetz@mccarter.com | ☒  Via CM/ECF |

**CERTIFICATE OF SERVICE**- 11

*Ring Bender LLP*
*621 SW Morrison St., Suite 600*
*Portland, OR  97205*
*(503) 964-6730*

| | |
|---|---|
| *Attorney for Defendant Sulzer Pumps (US) Inc.* | |
| Daniel K. Reising<br>Fucile & Reising, LLP<br>115 N.W. First Avenue, Suite 410<br>Portland, OR 97209-4024<br>503-224-4894<br>Fax: 503-224-4332<br>Email: dan@frllp.com<br><br>*Attorney for Defendant Sulzer Pumps (US) Inc.* | ☒ Via CM/ECF |
| Ira M. Gottlieb<br>McCarter & English, LLP<br>4 Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>973-639-7984<br>Email: igottlieb@mccarter.com<br><br>*Attorney for Defendant Sulzer Pumps (US) Inc.* | ☒ Via CM/ECF |
| Ann L. Al-Bahish<br>Kelley Dreye/Jackson Gillmore & Dobbs<br>515 Post Oak Drive<br>Suite 900<br>Houston, TX 77027<br>713-355-5024<br>Fax: 713-355-5001<br>Email: aal-bahish@kelleydrye.com<br><br>*Attorney for Defendant Union Pacific Railroad Co.* | ☒ Via CM/ECF |
| Jordan A. Rodriguez<br>Kelley Dreye/Jackson Gillmore & Dobbs<br>515 Post Oak Drive<br>Suite 900<br>Houston, TX 77027<br>713-355-5021<br>Fax: 713-355-5001<br>Email: jrodriguez@kelleydrye.com<br><br>*Attorney for Defendant Union Pacific Railroad Co.* | ☒ Via CM/ECF |
| Lauren K. Valastro | ☒ Via CM/ECF |

**CERTIFICATE OF SERVICE**- 12

| | |
|---|---|
| Kelley Dreye/Jackson Gillmore & Dobbs<br>515 Post Oak Drive<br>Suite 900<br>Houston, TX 77027<br>713-355-5009<br>Fax: 713-355-5001<br>Email: lvalastro@kelleydrye.com<br><br>*Attorney for Defendant Union Pacific Railroad Co.* | |
| Kate L. Moore<br>Dunn Carney Allen Higgins & Tongue, LLP<br>851 SW Sixth Avenue<br>Suite 1500<br>Portland, OR 97204-1357<br>503-224-6440<br>Fax: 503-224-7324<br>Email: kmoore@dunncarney.com<br><br>*Attorney for Defendant Union Pacific Railroad Co.* | ☒ Via CM/ECF |
| Michele L. Walter<br>U.S. Department of Justice<br>999 18th St.<br>Suite 370 - South Terrace<br>Denver, CO 80202<br>303-844-1345<br>Email: michele.walter@usdoj.gov<br><br>*Attorney for Defendant United States of America* | ☒ Via CM/ECF |

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 17, 2017 at Portland, Oregon.

_____
Lynn E. Treat

**CERTIFICATE OF SERVICE**- 13

*Ring Bender LLP*
*621 SW Morrison St., Suite 600*
*Portland, OR 97205*
*(503) 964-6730*

| | |
|---|---|
| Kelley Dreye/Jackson Gillmore & Dobbs<br>515 Post Oak Drive<br>Suite 900<br>Houston, TX 77027<br>713-355-5009<br>Fax: 713-355-5001<br>Email: lvalastro@kelleydrye.com<br><br>*Attorney for Defendant Union Pacific Railroad Co.* | |
| Kate L. Moore<br>Dunn Carney Allen Higgins & Tongue, LLP<br>851 SW Sixth Avenue<br>Suite 1500<br>Portland, OR 97204-1357<br>503-224-6440<br>Fax: 503-224-7324<br>Email: kmoore@dunncarney.com<br><br>*Attorney for Defendant Union Pacific Railroad Co.* | ☒ Via CM/ECF |
| Michele L. Walter<br>U.S. Department of Justice<br>999 18th St.<br>Suite 370 - South Terrace<br>Denver, CO 80202<br>303-844-1345<br>Email: michele.walter@usdoj.gov<br><br>*Attorney for Defendant United States of America* | ☒ Via CM/ECF |

    I declare under penalty of perjury under the laws of the United States that the above is true and correct.

    Executed on May 17, 2017 at Portland, Oregon.

_____
Lynn E. Treat

**CERTIFICATE OF SERVICE**- 13