IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION,<br><br>                Plaintiff(s),<br><br>v.<br><br>AIR LIQUIDE AMERICA CORP., et al.,<br><br>                Defendant(s). | Civil No. 03:17-cv-00164-PK<br><br>**ORDER OF DISMISSAL AS TO DEFENDANT TOC HOLDINGS CO. (ONLY)** |

The Court finds that the proceedings in this case as to Defendant TOC Holdings Co. have been stayed by Chapter 7 bankruptcy.

IT IS ORDERED that this action as to Defendant TOC Holdings Co. (only) is DISMISSED without prejudice to the rights of the parties to reopen the proceedings if the Bankruptcy Court does not resolve the dispute.

Dated this 12th day of December, 2017.

by _____
Paul Papak
United States Magistrate Judge