Jennifer L. Gates, OSB No. 050578
jgates@pearllegalgroup.com
Patricia M. Dost, OSB No. 902530
pdost@pearllegalgroup.com
Pearl Legal Group, P.C.
529 SW Third Ave., Suite 600
Portland, Oregon 97204
(971) 808-5666
Counsel for Defendant NW Natural

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**AIRGAS USA, LLC, et al.,**<br><br>Defendants. | Case No. 3:17-cv-00164-JR<br><br>**ELEVENTH JOINT STATUS REPORT** |

On behalf of all parties, pursuant to the Court's March 3, 2025 Order (ECF No. 470), this report provides an update on the status of the Portland Harbor Superfund Site ("Site"), *Arkema, Inc. et al. v. Anderson Roofing Co., Inc.,* Case No. 3:09-cv-00453-JR (D. Or.) (the "*Arkema* case") and the related alternative dispute resolution process ("ADR") as they relate to this case.

Remedial design work at the Site continues under multiple administrative orders and independently by the U.S. Environmental Protection Agency (EPA) at several locations. Completion of remedial design work under those orders is expected beginning in 2026 at some

locations and later at others. Remedial action will follow remedial design. ADR participants (some of whom are parties in this case) remain actively engaged in negotiation of remedial action consent decree terms with EPA and the U.S. Department of Justice (DOJ) and are working with EPA and DOJ to ensure that the ADR remains synchronized with expected finalization of consent decrees and settlement at the Site. The ADR continues to make meaningful progress toward resolution of claims.

The *Arkema* case remains stayed through January 14, 2028 to allow the ADR to proceed in parallel with remedial design work and negotiations with EPA regarding remedial action consent decree terms. *See Arkema,* 3:09-cv-00453-JR, ECF No. 589 (January 14, 2025). The most recent status report in *Arkema* was filed on July 14, 2025. ECF No. 594.

The parties request that the Court order the next joint status report in this action be filed in six months, on February 27, 2026.

DATED this 28th day August 2025.

                              Respectfully submitted,

                              PEARL LEGAL GROUP, P.C.

                              By:    s/ Jennifer L. Gates
                                     Jennifer L. Gates, OSB No. 050578
                                     Counsel for Defendant NW Natural

Under Local Rule 11-1(b)(2), counsel signing below consent to their signatures on this submission.

RING BENDER LLP

By:    s/ Christine L. Hein
       Christine L. Hein, OSB No. 071836
       chein@ringbenderlaw.com
       Mark P. Strandberg, OSB No. 095213
       mstrandberg@ringbenderlaw.com
       Phillip M. Bender, OSB No. 972149
       pbender@ringbenderlaw.com
       Ring Bender LLP
       920 SW Sixth Avenue, Suite 600
       Portland, OR 97204
       503-964-6726
       Counsel for Defendant Airgas, USA, LLC

HILLIS CLARK MARTIN & PETERSON P.S.

By:    s/ Matthew J. Stock
       Matthew J. Stock, OSB No. 065205
       matthew.stock@hcmp.com
       Hillis Clark Martin & Peterson P.S.
       999 Third Avenue, Suite 4600
       Seattle, WA 98104
       (206) 623-1745
       Counsel for Legacy Site Services LLC,
       agent for Defendant Arkema Inc.

CABLE HUSTON LLP

By:    s/ G. Kevin Kiely
       G. Kevin Kiely, OSB No. 833950
       gkkiely@cablehuston.com
       Cable Huston LLP
       1455 SW Broadway, Suite 1500
       Portland, OR 97201
       (503) 224-3092
       Counsel for Defendant Bayer CropScience
       Inc.

KELL, ALTERMAN & RUNSTEIN, LLP

By:   s/ Robert B. Lowry
       Robert B. Lowry, OSB No. 852751
       rlowry@kelrun.com
       Jay K. Griffith, OSB No. 060682
       jgriffith@kelrun.com
       Kell, Alterman & Runstein, LLP
       520 SW Yamhill Street, Suite 600
       Portland, OR 97204-1329
       (503) 222-3531
       Counsel for Defendant BNSF Railway Company

MILLER NASH LLP

By:   s/ Nicole M. McLaughlin
       Katherine Bennett, OSB No. 221482
       katie.bennett@millernash.com
       Phillip Allan Trajan Perez, admitted *pro hac vice*
       trajan.perez@millernash.com
       Nicole M. McLaughlin, admitted *pro hac vice*
       nicole.mclaughlin@millernash.com
       Miller Nash LLP
       1140 S.W. Washington St.
       Portland, OR 97205
       (503) 224-5858
       Counsel for Defendant BP Products North America Inc., successor by merger to BP West Coast Products LLC

PEARL LEGAL GROUP, PC

By:   s/ Jennifer Gates
       Jennifer L. Gates, OSB No. 050578
       jgates@pearllegalgroup.com
       Pearl Legal Group, P.C.
       529 SW Third Ave., Suite 600
       Portland, OR 97204
       (971) 808-5666
       Counsel for Defendant Calbag Metals Company

CITY OF PORTLAND

By: s/ Samantha L. Gamboa
Samantha Gamboa, OSB No. 053077
samantha.gamboa@portlandoregon.gov
Assistant Deputy City Attorney
Office of City Attorney
1221 SW 4th Avenue, Room 430
Portland, OR 97204
(503) 823-3054
Counsel for Defendant City of Portland

DAVIS LAW OFFICE, PLLC

By: s/ Clark J. Davis
Clark J. Davis, OSB No. 121903
cdavis@cjd-law.com
Davis Law Office, PLLC
7191 Wagner Way, Suite 202
Gig Harbor, WA 98335
(253) 208-4486
Counsel for Defendant Eastman Chemical Co.

BEVERIDGE & DIAMOND, P.C.

By: s/ Loren R. Dunn
Loren Dunn, OSB No. 060350
ldunn@bdlaw.com
Beveridge & Diamond, P.C.
600 University Street, Suite 1601
Seattle, WA 98101
(206) 315-4810
Counsel for Defendant Evraz Inc., NA

NORTON ROSE FULBRIGHT US LLP

By:    s/ Elizabeth M. Weaver
       Elizabeth M. Weaver, admitted *pro hac vice*
       elizabeth.weaver@nortonrosefulbright.com
       Norton Rose Fulbright US LLP
       555 South Flower Street, 41st Floor
       Los Angeles, CA 90071
       (213) 892-9290
       Counsel for Defendant ExxonMobil Corporation

FARELLA BRAUN + MARTEL LLP

By:    s/ James H. Colopy
       James H. Colopy, admitted *pro hac vice*
       jcolopy@fbm.com
       Farella Braun + Martel LLP
       Russ Building
       One Bush Street, Suite 900
       San Francisco, CA 94104-4415
       (415) 954-4978
       Counsel for Defendant FMC Corporation

SMITH FOSTER KING LLP

By:    s/ Anne D. Foster
       Anne D. Foster OSB No. 993152
       afoster@sfklegal.com
       Samuel T. Smith OSB No. 084772
       ssmith@sfklegal.com
       Jaimee R. King OSB No. 146042
       jking@sfklegal.com
       Smith Foster King LLP
       25 NW 23rd Place, Suite 6 #125
       Portland, OR 97210
       (503) 567-7100
       Counsel for Defendant Ga-Tek, Inc/Gould Electronics, Inc.

TONKON TORP LLP

By: s/ Jeanette C. Schuster
Jeanette C. Schuster, OSB No. 024487
jeanette.schuster@tonkon.com
Maureen S. Bayer, OSB No. 214905
maureen.bayer@tonkon.com
Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099
(503) 802-2114
Counsel for Defendant Gunderson LLC

BABST, CALLAND, CLEMENTS and
ZOMNIR, P.C.

By: s/ Priscilla E. Hampton
Priscilla E. Hampton, OSB No. 085850
phampton@babstcalland.com
Babst, Calland, Clements and Zomnir, P.C.
2143 Winch Road
Lakewood, NY 14750
(412) 773-8715
Counsel for Defendants
Kinder Morgan Liquids Terminals, LLC
and Kinder Morgan Operating, L.P. "C"

GORDON & POLSCER, LLC

By: s/ Gregory L. Baird
Gregory L. Baird, OSB No. 922212
gbaird@gordon-polscer.com
Gordon & Polscer, LLC
9020 SW Washington Square Road, Ste 560
Tigard, OR 97223
(503) 242-2922
Counsel for Defendant Koppers Inc.

MILLER NASH LLP

By:    s/ Jeffrey C. Miller
       Jeffrey C. Miller, OSB No. 121586
       jeff.miller@millernash.com
       Miller Nash LLP
       1140 SW Washington St
       Ste 700
       Portland, OR 97205
       (503) 224-5858
       Counsel for Defendants McCall Oil Real
       Estate Co. LLC and Morec Front LLC

ALSTON & BIRD LLP

By:    s/ Greg A. Christianson
       Greg A. Christianson, admitted *pro hac vice*
       greg.christianson@alston.com
       Alston & Bird LLP
       55 2nd Street, Suite 2100
       San Francisco, CA 94105
       (415) 243-1000
       Counsel for Defendants Schnitzer Steel
       Industries, Inc. and MMGL LLC, the
       successor by merger of MMGL Corp.

BLACK HELTERLINE, LLP

By:    s/ Michael B. Merchant
       Michael B. Merchant, OSB No. 882680
       mike.merchant@bhlaw.com
       Black Helterline, LLP
       805 SW Broadway, Suite 2600
       Portland, OR 97205
       (503) 224-5560
       Counsel for Defendant Northwest Pipe Co.

PORT OF PORTLAND

By:    s/ Crystal S. Chase
        Crystal S. Chase, OSB No. 093104
        crystal.chase@portofportland.com
        Assistant General Counsel
        Port of Portland
        7200 NE Airport Way
        PO Box 3529
        Portland, OR 97218
        (503) 415-6349
        Counsel for Defendant Port of Portland

McGAVICK GRAVES, P.S.

By:    s/ Gregory A. Jacoby
        Gregory A. Jacoby, admitted *pro hac vice*
        gaj@mcgavick.com
        McGavick Graves, P.S.
        1102 Broadway, Suite 500
        Tacoma, WA 98402
        (253) 627-1181
        Counsel for Defendant Shore Terminals LLC

JORDAN RAMIS PC

By:    s/ David A. Rabbino
        David A. Rabbino, OSB No. 106348
        david.rabbino@jordanramis.com
        Jordan Ramis PC
        PACWEST , 27th Floor
        1211 SW Fifth Avenue
        Portland, OR 97204
        (503) 598-7070
        Counsel for Defendant Siltronic Corporation

FUCILE & REISING, LLP

By: s/ Daniel K. Reising
Daniel K. Reising, OSB No. 964104
dan@frllp.com
Fucile & Reising LLP
1120 SE Madison St.
Portland, OR 97214
(503) 869-1858
Counsel for Defendant Sulzer Pumps (US) Inc.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

By: s/ Elizabeth C. Knight
Elizabeth C. Knight, OSB No. 992454
eknight@dunncarney.com
Ana L.R. Ching, OSB No. 214557
aching@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
(503) 224-6440
Counsel for Defendant Union Pacific Railroad Co.

UNITED STATES DEPARTMENT OF JUSTICE

By: s/ Laura J. Brown
Laura J. Brown, PA Bar No. 208171
laura.j.s.brown@usdoj.gov
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-3376
Counsel for Defendant the United States of America

THE ASKMAN LAW FIRM LLC

By: <u>s/Michael M. Frandina</u>
    Michael M. Frandina, CO Bar No. 42116
    michael@askmanlaw.com
    The Askman Law Firm LLC
    1543 Champa Street, Suite 400
    Denver, CO 80202
    (720) 407-4331
    Attorneys for Plaintiff

    Thomas Zeilman, WSBA No. 28470
    tzeilman@qwestoffice.net
    Law Offices of Thomas Zeilman
    32 N. 3rd St., Suite 310
    P.O. Box 34
    Yakima, WA 98907
    (509) 575-1500
    Attorney for Plaintiff