Jeanette C. Schuster, OSB No. 024487
Vogel Law LLC
620 SW 5th Ave., Suite 900
Portland, OR  97204
Phone:  503-961-6171
Email:  jschuster@vogellawyer.com

Maureen Bayer, OSB No. 214905
Tonkon Torp LLP
1300 SW 5th Ave., Suite 2400
Portland, OR  97201
Direct:  503.802.2115
Email:  maureen.bayer@tonkon.com

    *Attorneys for Defendant Gunderson LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION,<br><br>      Plaintiff,<br><br>  v.<br><br>AIR LIQUIDE AMERICA CORPORATION, et al.,<br><br>      Defendant. | Civil No. 3:17-cv-00164-JR<br><br>**NOTICE OF CHANGE OF ADDRESS AND AFFILIATION OF ATTORNEY FOR DEFENDANT GUNDERSON LLC AND WITHDRAWAL OF COUNSEL** |

      Pursuant to LR 83-10 and LR 83-11, notice is hereby provided that effective immediately Jeanette Schuster has changed law firms, and she is now with the law firm of Vogel Law LLC, 620 SW 5th Ave., Suite 900, Portland, Oregon 97204.

      Jeanette Schuster will continue as counsel for Defendant Gunderson LLC in this matter.

PAGE 1 – NOTICE OF CHANGE OF ADDRESS AND AFFILIATION OF
         ATTORNEYS FOR DEFENDANT GUNDERSON LLC AND
         WITHDRAWAL OF COUNSEL

Maureen Bayer and the law firm Tonkon Torp LLP hereby withdraws as counsel for Defendant Gunderson LLC.

Service of all documents, other than service of process, should be sent to:

> Jeanette Schuster, OSB No. 024487
> Vogel Law LLC
> 620 SW 5th Ave., Suite 900
> Portland, OR  97204
> Phone:  503-961-6171
> Email:  jschuster@vogellawyer.com

DATED:  May 29, 2026.

VOGEL LAW LLC


By:   *s/ Jeanette Schuster*
     Jeanette Schuster, OSB No. 024487
      Direct:  503-961-6171
      Email:  jschuster@vogellawyer.com
     Attorneys for Defendant Gunderson LLC

TONKON TORP LLP


By:   *s/ Maureen S. Bayer*
     Maureen Bayer, OSB No. 214905
      Direct:  503.802.2225
      Email:  maureen.bayer@tonkon.com
     Withdrawing Attorneys for Defendant
     Gunderson LLC

**PAGE 2 – NOTICE OF CHANGE OF ADDRESS AND AFFILIATION OF ATTORNEYS FOR DEFENDANT GUNDERSON LLC AND WITHDRAWAL OF COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **NOTICE OF CHANGE OF ADDRESS AND AFFILIATION OF ATTORNEYS FOR DEFENDANT GUNDERSON LLC AND WITHDRAWAL OF COUNSEL** by Notice of Electronic Filing using the Court's CM/ECF system, which will send notice of such filing via email to all counsel of record.  Said filing was made on the date set forth below.

DATED:  May 29, 2026.

VOGEL LAW LLC


By:    *s/ Jeanette Schuster*
    Jeanette Schuster, OSB No. 024487
     Direct:  503-961-6171
     Email:  jschuster@vogellawyer.com
    Attorneys for Defendant Gunderson LLC

TONKON TORP LLP


By:    *s/ Maureen S. Bayer*
    Maureen Bayer, OSB No. 214905
     Direct:  503.802.2225
     Email:  maureen.bayer@tonkon.com
    Withdrawing Attorneys for Defendant
    Gunderson LLC

**PAGE 1 – CERTIFICATE OF SERVICE**

002402\10214\19643088v1